CARDOS, Respondent, v. EDWARDS, Com'r, Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Proceeding by Henry Cardos against William H. Edwards, Commissioner. E. S. Benedict, of New York City, for appellant. W. E. Murphy, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CAREW, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Mary Carew against the City of New York. No opinion. Judgment (75 Misc. Rep. 335, 135 N. Y. Supp. 285) affirmed, with costs, on the opinion of Mr. Justice Benedict at Trial Term.

CARNEY, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by John F. Carney against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., not sitting.

CARTA, Appellant, v. L. H. STARKEY CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Joseph Carta, an infant, etc., against the L. H. Starkey Company. No opinion. Judgment and order unanimously affirmed, with costs.

CASALLITTO, Appellant, v. SHEPARD et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Giuseppe Casallitto against Margaret L. V. Shepard and others. No opinion. Judgment and order unanimously affirmed, with costs.

CASEY, Appellant, v. WOLLF, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 18, 1912.) Action by Lillian E. Casey, an infant, etc., against Martin E. Wollf, as executor, etc. No opinion. Orders affirmed, with $10 costs and disbursements. See, also, 135 N. Y. Supp. 1103.

CASTELLI v. BURNS et al. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Domenico Castelli against Alexander S. Burns, impleaded with others. No opinion. Motion to dismiss appeal denied, with $10 costs, to abide final determination of appeal, without prejudice, etc., as stated in order. Order filed.

In re CERTAIN LAND IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) In the matter of acquiring title by the City of New York to certain land and premises situated in the block bounded by Chauncey Street, Marion Street, Hopkinson Avenue, and Rockaway Avenue, in the Borough of Brooklyn, etc.

PER CURIAM. Motion of the Bailey claimants to intervene granted. Motion to reopen proceedings granted, to the extent that the respondent Finnigan may be permitted to present to the referee such documentary evidence as she shall be advised, without costs. See, also, 144 App. Div. 910, 128 N. Y. Supp. 1117.

CHALMERS et al., Appellants, v. JARRATT et al., Respondents. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Action by John D. Chalmers and another against Colonel D. Jarratt and others. R. W. Jenkins, of New York City, for appellants. C. G. Macy, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

CHAPMAN v. FOWLER. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by Edward N. Chapman against Julia E. Fowler. No opinion. Motion to stay trial denied, without costs, and temporary stay vacated.

In re CHILDS. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) In the matter of the judicial settlement of the final account of Eversley Childs, as executor, etc., of William H. H. Childs, deceased. No opinion. Decree of the Surrogate's Court of Kings County affirmed, with costs.

CITY OF BUFFALO, Respondent, v. GOODMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by the City of Buffalo against David Goodman.

PER CURIAM. Judgment (77 Misc. Rep. 355, 136 N. Y. Supp. 568) affirmed, with costs.

SPRING, J., not sitting.

CITY OF ELMIRA, Appellant, v. JOHNSON, Respondent. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by the City of Elmira against James Johnson. No opinion. Motion for leave to appeal to Court of Appeals (from 136 N. Y. Supp. 471) granted.

CITY OF NEW YORK v. MONTAGUE et al. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by the City of New York against Gilbert H. Montague, receiver, and the New York Railways Company. A. Ely, Jr., of New York City, for appellant. M. Kirtland and G. H. Montague, both of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 149 App. Div. 601, 134 N. Y. Supp. 89.

CITY OF ROCHESTER, Respondent, v. GUTBERLETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1912.) Action by City of Rochester against Edward C. Gutberlett. No opinion. Application for stay pending appeal to Court of Appeals denied, without costs. See, also, 137